IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ASIA JOHNSON,                )
                             )
         Plaintiff,          )
                             )    Civil Action No. 18-1291
    v.                       )
                             )
BLACK POPE, et al.           )
                             )
         Defendant.          )

**ORDER**

AND NOW this 16th day of October, 2018, upon consideration of the complaint filed by plaintiff, Asia Johnson, *pro se* and *in forma pauperis*, (ECF No. 3),

IT IS HEREBY ORDERED that for the reasons set forth in the accompanying Memorandum Opinion the complaint is DISMISSED with prejudice for failure to state a claim and as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), and amendment would be futile.

IT IS FURTHER ORDERED that the clerk shall mark this case CLOSED.

By the court,

s/ Joy Flowers Conti
Joy Flowers Conti
Chief United States District Judge

cc:   Asia Johnson
      1807 West St., Apt. 2
      Munhall, PA 15120

1